# EXHIBIT A



Adlife Marketing & Communications Co., Inc.
38 Church St • Pawtucket, RI 02860
Phone: (617) 530-0656

## INFRINGEMENT DATA SHEET

## CARLIE C'S SERVICE CENTER

### MAILING ADDRESS:

Carlie C's Service Center
10 Carlie C's Drive
Dunn, NC 28334

### PHONE NUMBER:

910 892 4124



**IMAGE:**
BeefLondonBroil015_ADL
**COPYRIGHT REGISTRATION NUMBER:**
VA0002014127





Adlife Marketing & Communications Co., Inc.
38 Church St • Pawtucket, RI 02860
Phone: (617) 530-0656

# INFRINGEMENT DATA SHEET

## CARLIE C'S SERVICE CENTER

### MAILING ADDRESS:

Carlie C's Service Center
10 Carlie C's Drive
Dunn, NC 28334

### PHONE NUMBER:

910 892 4124



**IMAGE:**
BeefLondonBroil015_ADL
**COPYRIGHT REGISTRATION NUMBER:**
VA0002014127





Adlife Marketing & Communications Co., Inc.
38 Church St • Pawtucket, RI 02860
Phone: (617) 530-0656

# INFRINGEMENT DATA SHEET

## CARLIE C'S SERVICE CENTER

### MAILING ADDRESS:

Carlie C's Service Center
10 Carlie C's Drive
Dunn, NC 28334

### PHONE NUMBER:

910 892 4124



IMAGE:
ChickenBreastBnls015_ADL
COPYRIGHT REGISTRATION NUMBER:
VA0002046891



Fresh
**Boneless Chicken Breast Fillets**
1.98 Lb.

USDA Inspected, Fresh Pork
**Whole Boston Butt**
1.18 Lb.

Limit 1 with additional $35 purchase
Frozen
**Butterball Turkey**
.98 Lb.

**Carlie C's**
IGA
HOMETOWN PROUD

Family Pack
**Fresh Ground Beef**
1.98 Pound

Grade A
**Frozen Turkey**
.36 Pound
Limit 1 with additional $35 purchase

Carlie C's Better Value
**Family Pack T-Bone Steaks**
4.88 Lb.

Family Pack Carlie C's
**Angus T-Bone Steak**.................. 5.98 Lb.

Half Cake $5.99 Ea. Or Whole
**4 Layer Oreo Cake**
8.99 Ea.

12-Oz. Deluxe Cheddar Shells Or 14-Oz.
**IGA Deluxe Macaroni & Cheese**
.89



Adlife Marketing & Communications Co., Inc.
38 Church St • Pawtucket, RI 02860
Phone: (617) 530-0656

## INFRINGEMENT DATA SHEET

# CARLIE C'S SERVICE CENTER

### MAILING ADDRESS:

Carlie C's Service Center
10 Carlie C's Drive
Dunn, NC 28334

### PHONE NUMBER:

910 892 4124



IMAGE:
ChickenBreastBnlsGrlMrk004_ADL
COPYRIGHT REGISTRATION NUMBER:
VA0002046891



Fresh
**Boneless Chicken Breast Fillets**
**1.98** Lb.

**Carlie C's** IGA HOMETOWN PROUD

Family Pack
**Bone-In Assorted Pork Chops**
**1.48** Lb.

Half $6.99, Bakery Fresh
**Old Fashion Pig Picking Cake**
**11.99**

Angus **New York Strip Steak** **5.98** Lb.

Carlie C's Better Value
**Family Pack Boneless New York Strip Steak**
**4.98** Lb.

Family Pack, Bone-In
**Center Cut Pork Chops**
**1.88** Lb.

2-Liter, Selected
**Pepsi Products**
**.98**

24-Pack 16.9-Oz.
**Deer Park Water**
**3/$10**

Per Pound
**Harvest Fresh**

Cheetos CRUNCHY

Fritos THE ORIGINAL



Adlife Marketing & Communications Co., Inc.
38 Church St • Pawtucket, RI 02860
Phone: (617) 530-0656

# INFRINGEMENT DATA SHEET

## CARLIE C'S SERVICE CENTER

### MAILING ADDRESS:

Carlie C's Service Center
10 Carlie C's Drive
Dunn, NC 28334

### PHONE NUMBER:

910 892 4124



IMAGE:
ChickenBreastBnlsGrlMrk004_ADL
COPYRIGHT REGISTRATION NUMBER:
VA0002046891





Adlife Marketing & Communications Co., Inc.
38 Church St • Pawtucket, RI 02860
Phone: (617) 530-0656

# INFRINGEMENT DATA SHEET

## CARLIE C'S SERVICE CENTER

### MAILING ADDRESS:

Carlie C's Service Center
10 Carlie C's Drive
Dunn, NC 28334

### PHONE NUMBER:

910 892 4124



**IMAGE:**
ChickenBreastSplitGrlMrk001
**COPYRIGHT REGISTRATION NUMBER:**
VA0002017741



9.25 To 11.25-Oz., Selected
**Doritos Snacks**
**FREE** BUY ONE GET ONE

14.5 To 15-Oz., Selected
**Chef Boyardee Pasta**
.69

48-Oz.
**Wesson Vegetable Cooking Oil**
1.99

6 Big Roll
**Bounty Essentials Paper Towels**
3.99

37 To 40-Oz., Selected
**Tide Simply Clean & Fresh**
2.48

128-Oz.
**IGA Orange Juice**

Carlie C's Better Value Beef Half Sliced $5.88Lb. Or
**Whole Boneless Ribeye**........5.68 Lb.

Carlie C's Better Value
**Family Pack Boneless Ribeye Steaks**
6.48 Lb.

Family Pack
**Fresh Ground Beef**
2.18 Lb.

Boneless
**Center Cut Pork Chops**
1.98 Lb.

Carlie C's Angus Beef Half Sliced $8.58Lb. Or
**Whole Boneless Ribeye Loin**................8.38 Lb.

Family Pack Carlie C's
**Angus Boneless Ribeye Steaks**
8.78 Lb.

Sliced FREE! Half $1.68Lb. Or
**Whole Boneless Pork Loin**
1.48 Lb.

Jumbo Pack
**Split Fryer Breast**
1.18 Lb.



Adlife Marketing & Communications Co., Inc.
38 Church St • Pawtucket, RI 02860
Phone: (617) 530-0656

# INFRINGEMENT DATA SHEET

## CARLIE C'S SERVICE CENTER

### MAILING ADDRESS:

Carlie C's Service Center
10 Carlie C's Drive
Dunn, NC 28334

### PHONE NUMBER:

910 892 4124



IMAGE:
ChickenSaladSandwich001_ADL
COPYRIGHT REGISTRATION NUMBER:
VA0002033004





Adlife Marketing & Communications Co., Inc.
38 Church St • Pawtucket, RI 02860
Phone: (617) 530-0656

# INFRINGEMENT DATA SHEET

## CARLIE C'S SERVICE CENTER

### MAILING ADDRESS:

Carlie C's Service Center
10 Carlie C's Drive
Dunn, NC 28334

### PHONE NUMBER:

910 892 4124



IMAGE:
ChickenSaladSandwich001_ADL
COPYRIGHT REGISTRATION NUMBER:
VA0002033004



| Product | Price |
|---|---|
| 128-Oz. IGA Orange Juice | 3.28 |
| 59-Oz. Selected Lemonade or Gold Peak Tea | 2/$5 |
| 48-Oz. Selected Morning Fresh Premium Ice Cream | 3/$10 |
| Selected Totinos Stuffed Nachos Or 6-Ct. Totino's Pepperoni Pizza Sticks | 3.25 |
| 10 To 14-Oz., Selected IGA Breads | 1.85 |
| 64-Oz. Selected Morning Fresh Farms Or IGA Orange Juice | 2/$4 |
| 64-Oz., Selected Lemonade Or Turkey Hill Tea | 4/$5 |
| 11.5-Oz., Selected Pillsbury Toaster Strudel | 2/$4 |
| 22 To 28-Oz., Selected PictSweet Vegetables | 2/$5 |
| 8 To 12-Oz., Selected PictSweet Deluxe Vegetables | 4/$5 |
| 59-Oz., Lemonade W/Strawberry Or Florida's Natural Lemonade | 2/$4 |
| 32-Oz. Reduced Fat Or Regular Promised Land Chocolate Milk | 2/$5 |
| 10.6 To 16-Oz., Selected State Fair Corn Dogs | 2.62 |
| 18.2 To 24.5-Oz., Selected Gorton's Fish Entrees | 5.45 |
| 19.8-Oz., Chicken Or Beef/Lamb Opaa Gyro Kit | 4.98 |
| 7.35-Oz., Beef/Lamb Opaa Gyro Tray | 2/$4 |
| 12-Oz., Selected Shamrock Farms Rockin' Refuel | 3/$4 |
| 8 To 16-Oz., Selected I Can't Believe It's Not Butter | 2.88 |
| 4.5 To 10-Oz., Selected Michelina's Or Yu Sing Entrees | .88 |
| 5 To 9-Oz., Selected Banquet Meals Or Entrees | 10/$10 |
| 28-Oz. Patties Or 33.6-Oz. Nuggets Foster Farms Value Pack Chicken | 4.99 |
| 9-Oz. Philly Gourmet Beef Steaks | FREE |

**DELI:**

| Product | Price |
|---|---|
| Smoked Or Honey Smithfield Cooked Ham | 3.99 LB. |
| Deli Fresh, Country Chicken Breast Or Butterball Honey Roasted Turkey | 5.99 LB. |
| Kretschmar Off The Bone Regular Or Honey Ham | 5.99 LB. |
| Sharp Or Mild Morning Fresh Cheddar Cheese | 4.99 LB. |
| Homemade Cranberry Pecan Or Original Carlie C's Chicken Salad | 5.99 LB. |
| Regular Or Jalapeno Carlie C's Homemade Pimento Cheese | 3.99 LB. |
| Morning Fresh Baked French Bread | .99 |
| Iced 6-Count Holiday Cupcakes | 2.99 |
| 12-Piece, Hot Or Cold Carlie C's Famous Fried Chicken | 10.89 |
| 4-Piece Hot Or Cold Roasted Chicken Leg Quarters | 2.49 |

# adlife

**MARKETING & COMMUNICATIONS**

Adlife Marketing & Communications Co., Inc.
38 Church St • Pawtucket, RI 02860
Phone: (617) 530-0656

---

## INFRINGEMENT DATA SHEET

---

## CARLIE C'S SERVICE CENTER

### MAILING ADDRESS:

Carlie C's Service Center
10 Carlie C's Drive
Dunn, NC 28334

### PHONE NUMBER:

910 892 4124



**IMAGE:**
ChickenSaladSandwich001_ADL
**COPYRIGHT REGISTRATION NUMBER:**
VA0002033004



Back Forest Ham $4.99-Lb Or Smoked **Smithfield Cooked Ham** — **3.99** Lb.

Oven Roasted **Carolina Turkey Breast** — **3.99** Lb.

Deli Fresh, Cajun, Country Chicken Breast Or **Butterball Honey Roasted Turkey** — **5.99** Lb.

Carlie C's **Breakfast Chicken Tender Biscuit** — **2/$3**

4-Ct. Hot Or Cold **Roasted Chicken Leg Quarters** — **3.59**

8-Pieces Hot Or Cold **Carlie C's Famous Fried Chicken** — **6.99**

Decorations May Vary **Halloween Cake** — **7.99**

12-Ct. $5.99 Or 6-Count, Iced **Halloween Cupcakes** — **2.99**

14 To 16-Oz. **Morning Fresh Baked French Bread** — **.99** Ea.

Homemade Cranberry Pecan Or Original **Carlie C's Chicken Salad** — **5.99** Lb.

Morning Fresh **Cheddar Or Pepper Jack Cheese** — **4.99** Lb.

**HOME READY** *for the Holiday's*

UP TO **$80** IN SAVINGS!

Look in most 10/29/17 Sunday papers for up to $80 in brandSAVER® coupons from P&G. For all coupons, see P&G brandSAVER® for details.

12 To 12.6-Oz., Selected **Pantene Hair Care** — **3.65**

13.5 To 14.2-Oz., Selected **Head & Shoulders Shampoo** — **5.18**

6-Oz. **ZzzQuil Sleep-Aid** — **4.78**

8-Oz., Selected Liquid **NyQuil Or DayQuil** — **6.58**

4.8-Oz. Twin Pack **Fixodent Original Dental Adhesive** — **7.98**

Contact: license@adlifemc.com    Case 5:19-cv-00405-BO    Document 1-1    Filed 09/16/19    Page 10 of 41    October 27, 2017



Adlife Marketing & Communications Co., Inc.
38 Church St • Pawtucket, RI 02860
Phone: (617) 530-0656

## INFRINGEMENT DATA SHEET

## CARLIE C'S SERVICE CENTER

### MAILING ADDRESS:

Carlie C's Service Center
10 Carlie C's Drive
Dunn, NC 28334

### PHONE NUMBER:

910 892 4124



IMAGE:
FlounderFillet008_ADL
COPYRIGHT REGISTRATION NUMBER:
VA0002047004



| Boneless Beef **Rump Roast** | Boneless Beef **Bottom Round Roast** | Family Pack **Boneless Beef Bottom Round Steaks** | **New York Strip Steak Burger** | Jumbo Pack **Split Fryer Breast** | Family Pack **Fresh Pork Neckbones** |
|---|---|---|---|---|---|
| 3.58 Lb. | 3.28 Lb. | 3.48 Lb. | 3.98 Lb. | 1.18 Lb. | .88 Lb. |

| 2.5-Lb. Boneless, Skinless **Spring River Chicken Breast** | Seafood Department **Catfish Nuggets** | 5-Lb. **Nature's Best Whiting Fillets** | 2-Lb. 41/50 **Nature's Best Cooked Shrimp** | Seafood Department **Tilapia Fillets** | In The Meat Department 24-Oz. Frozen **Uncle Bob's Cooked Collards** | Fresh Pork **Baby Back Ribs** |
|---|---|---|---|---|---|---|
| 2/$7 | 1.68 Lb. | 11.98 | 14.68 | 1.98 Lb. | 3.79 | 3.18 Lb. |

| Unseasoned **Prairie Fresh Pork Tenderloin** | Peppercorn Garlic Or Teriyaki **Prairie Fresh Pork Tenderloin** | 12-Oz. **Sugardale Hot Dogs** | 3-Lb. **Sugardale Sliced Bacon** | 8 To 9-Oz., Selected **Oscar Mayer Deli Fresh Lunch Meat** | 16-Oz., Regular Or Thick **Oscar Mayer Sliced Bacon** | 12-Oz. **Frosty Morn Franks** |
|---|---|---|---|---|---|---|
| 3.58 Lb. | 3.98 Lb. | .78 | 10.95 | 2/$6 | 2/$8 | 1.49 |

| 5-Lb. **Georgia Special Smoked Sausage** | 3-Lb., Rope **Georgia Special Smoked Sausage** | 16-Oz. Mild Or Baby Link **Sunset Farm Smoked Sausage** | 1.25-Lb. Pacific, Wild Caught **Salmon Fillets Side** | 3.56-Oz. Hardwood **Steve Harvey Easy Bacon** | Selected Strips, Nibblers Or Patties **On•Cor Chicken** | 12-Oz. **Frosty Morn Sliced Bologna** | 16-Oz. **Frosty Morn Red Hots** |
|---|---|---|---|---|---|---|---|
| 8.59 | 5.49 | 2/$7 | 5.99 | 2/$7 | 1.98 Lb. | 1.49 | 2.39 |

Contact: license@adlife.com

November 24, 2017



Adlife Marketing & Communications Co., Inc.
38 Church St • Pawtucket, RI 02860
Phone: (617) 530-0656

# INFRINGEMENT DATA SHEET

## CARLIE C'S SERVICE CENTER

### MAILING ADDRESS:

Carlie C's Service Center
10 Carlie C's Drive
Dunn, NC 28334

### PHONE NUMBER:

910 892 4124



IMAGE:
MeatloafHR0510
COPYRIGHT REGISTRATION NUMBER:
VA0002022602



Contact: licensing@adlifemc.com                    October 20, 2017



Adlife Marketing & Communications Co., Inc.
38 Church St • Pawtucket, RI 02860
Phone: (617) 530-0656

# INFRINGEMENT DATA SHEET

## CARLIE C'S SERVICE CENTER

**MAILING ADDRESS:**

Carlie C's Service Center
10 Carlie C's Drive
Dunn, NC 28334

**PHONE NUMBER:**

910 892 4124



**IMAGE:**
MozzarellaSticksHR0504
**COPYRIGHT REGISTRATION NUMBER:**
VA0002022602



Adlife Marketing & Communications Co., Inc.
38 Church St • Pawtucket, RI 02860
Phone: (617) 530-0656

# INFRINGEMENT DATA SHEET

## CARLIE C'S SERVICE CENTER

### MAILING ADDRESS:

Carlie C's Service Center
10 Carlie C's Drive
Dunn, NC 28334

### PHONE NUMBER:

910 892 4124



**IMAGE:**
MozzarellaSticksHR0504
**COPYRIGHT REGISTRATION NUMBER:**
VA0002022602



42-Oz., Deluxe Or Pepperoni
**Mama Rosa's Twin Pack Pizzas**
5.99

12-Oz. Lobster Or
**Dockside Classic Crab Cakes**
2/$10

3-Lb., Frozen
**Rudy's Farm Mild Sausage Patties**
7.49

20-Count
**Rudy's Farm Sausage Biscuits**
5.99

12 To 14-Oz., Selected
**Hillshire Farms Kielbasa Or Sausage**
2/$5

12-Oz. Smoked Sausage Or
**Hillshire Farm Beef Polska Kielbasa**
2/$6

7 To 9-Oz., Selected
**Hillshire Farm Lunch Meat**
2/$7

10-Oz. Links Or 9-Oz.
**Wampler Farms Sausage Patties**
2/$5

5 To 7-Oz., Fully Cooked
**Jones Dairy Sausage Patties**
2/$4

16-Oz. Roll
**Purnell's Sausage**
2/$6

8-Oz.
**Purnell's Country Sausage Gravy**
1.49

38-Oz.
**Purnell's Country Sausage Patties**
7.39

20-Count
**Purnell Country Sausage Biscuits**
6.99

18.5-Oz.
**Purnell's Country Sausage Biscuits**
4.99

2-Lb., Reg. Or Hot
**Arnold's Meats Beef Smoked Sausage**
2/$10

**Mix & Match Any 5 of these items for $19⁹⁵**

Mix & Match
**5 Meat Items For Carlie C's $19.95**

28-Oz., Family Pack
**Carolina Pride Cocktail Smokies**

18-Oz. Jalapeno Poppers, Potato Skins Or Cheesesticks
**Snapp's Appetizers**

34-Lb.
**Sugardale Hot Dogs**

2.5 Lb. Polish Or
**Sugardale Smoked Sausage**

22.5 To 27.5-Oz., Selected Buffalo Wings, Chuckwagon, Nibblar, Strips Or
**On•Cor Chicken Patties**



Adlife Marketing & Communications Co., Inc.
38 Church St • Pawtucket, RI 02860
Phone: (617) 530-0656

## INFRINGEMENT DATA SHEET

## CARLIE C'S SERVICE CENTER

### MAILING ADDRESS:

Carlie C's Service Center
10 Carlie C's Drive
Dunn, NC 28334

### PHONE NUMBER:

910 892 4124



IMAGE:
PartyPlatterShrimpHR0612
COPYRIGHT REGISTRATION NUMBER:
VA0002022602



Carlie C's Better Value
**Bone-In Ribeye Roast**
**5.58** Lb.

Carlie C's Angus
**Bone-In Ribeye Roast**
**6.28** Lb.

Beef
**Boneless London Broil**
**2.98** Lb.

**New York Strip Steak Burger**
**3.98** Lb.

Boneless
**Center Cut Pork Chops**
**2.38** Lb.

Boneless
**End Cut Pork Chops**
**2.38** Lb.

Seafood Department
**Tilapia Fillets**
**1.98** Lb.

Fresh, Hot Or Mild
**Carlie C's Sausage Links**
**2.38** Lb.

Hot Or Mild
**Carlie C's Fresh Bulk Sausage**
**2.18** Lb.

Fresh Pork, Family Pack
**Pork Shoulder Blade Steaks**
**1.68** Lb.

Fresh
**Boston Butt Pork Roast**
**1.48** Lb.

Fresh Pork
**Whole Boston Butt**
**1.38** Lb.

16-Oz. Frozen
**Nature's Best Seafood Ocean Perch Fillets**
**3.98**

2-Lb. 26/30-Ct.
**Nature's Best Argentine Red Shrimp**
**11.98**

Unseasoned
**Prairie Fresh Pork Tenderloin**
**3.58** Lb.

Peppercorn Garlic Or Teriyaki
**Prairie Fresh Pork Tenderloin**
**3.98** Lb.

12-Oz.
**Sugardale Hot Dogs**
**.88**

Bone-In
**Sugardale Center Cut Ham Slices**
**2.99** Lb.

8-Oz. Cubed Or
**Sugardale Diced Ham**
**1.69**

12-Oz.
**Armour Meat Hot Dogs**
**.88**

16-Oz. Hot Or Mild
**Carolina Pride Roll Pork Sausage**
**2/$3**

14-Oz. Polska Or
**Carolina Pride Smoked Sausage**
**2/$5**

12-Oz. Low Salt, Thick Or Reg.
**Carolina Pride Sliced Bacon**
**2/$7**

24-Oz. Mild, Red Hot Or Hot And Spicy
**Carolina Pride Box Sausage**
**2/$6**

8 To 10.8-Oz., Selected
**Oscar Mayer Lunchables**
**2/$5**

2-Oz., Selected
**Oscar Mayer P3 Snack Packs**
**2/$3**

Contact: license@adlifeonline.com

January 26, 2018



Adlife Marketing & Communications Co., Inc.
38 Church St • Pawtucket, RI 02860
Phone: (617) 530-0656

# INFRINGEMENT DATA SHEET

## CARLIE C'S SERVICE CENTER

### MAILING ADDRESS:

Carlie C's Service Center
10 Carlie C's Drive
Dunn, NC 28334

### PHONE NUMBER:

910 892 4124



IMAGE:
PartyPlatterShrimpHR0612
COPYRIGHT REGISTRATION NUMBER:
V A 0 0 0 2 0 2 2 6 0 2



| | | | | | | |
|---|---|---|---|---|---|---|
| Beef **Boneless London Broil** 2.88 Lb. | **New York Strip Steak Burger** 3.98 Lb. | Family Pack, Bone-In **Country Style Pork Ribs** 1.78 Lb. | Fully Cooked 1-Lb. Cup **Carlie C's All Pork BBQ** 2/$8 | Fresh **Pork Picnic** 1.18 Lb. | 21 To 30-Ct. **EZ Peel Shrimp** 6.68 | Fresh **Ground Round** 3.18 Lb. |
| 8-Oz. **Sugardale Pillow-Pack Pepperoni** 2/$4 | 14-Oz. **Sugardale Beef Franks** 2/$5 | 16-Oz. Sliced Pork Or 18-Oz. **Sweet Baby Ray's Shredded Pork** 4.48 | 51 To 60-Ct. 16-Lb. **Nature's Best Seafood Cooked Shrimp** 6.98 | 2-Lb. **Nature's Best Seafood Tilapia Fillets** 5.28 | 3-Lb. **Pender's Fresh Sausage** 8.29 | 2-Lb. **Pender's Smoked Links** 4.39 |
| 12-Oz. Selected Patties Or **Johnsonville Sausage Links** 2/$6 | 16-Oz. Selected, Ground **Johnsonville Italian Sausage** 2/$6 | 1.19-Lb., Italian Sausage Or Selected **Johnsonville Bratwurst** 2/$7 | 12-Oz., Reg. Or Thick **Bar-S Sliced Bologna** .98 | 12-Oz. Bun Length Or Regular **Bar-S Meat Franks** .88 | 16-Oz. Cooked **Bar-S Sliced Ham** 2/$6 | 1-Lb., Italian Sausage Or Selected **Butterball Fresh Turkey Bratwurst** 2/$7 |
| 12 To 14-Oz., Selected Sausage Or **Johnsonville Brats** 2/$6 | 24-Oz. Classic Or Three Cheese **Johnsonville Meatballs** 5.99 | 15-Oz., Selected **Ball Park Franks** 2/$5 | 15-Oz. Beef Or 14-Oz. **Ball Park Angus Beef Franks** 2/$8 | 16.2-Oz., Selected **Ball Park Beef Patties** 6.49 | 12-Oz., Selected **Ballard's Farms Deli Salads** 2/$5 | 20-Oz., Family Pack **Ballard's Farm Sausage Links** 4.99 |



Adlife Marketing & Communications Co., Inc.
38 Church St • Pawtucket, RI 02860
Phone: (617) 530-0656

# INFRINGEMENT DATA SHEET

## CARLIE C'S SERVICE CENTER

### MAILING ADDRESS:

Carlie C's Service Center
10 Carlie C's Drive
Dunn, NC 28334

### PHONE NUMBER:

910 892 4124



IMAGE:
PartyPlatterShrimpHR0612
COPYRIGHT REGISTRATION NUMBER:
VA0002022602




# INFRINGEMENT DATA SHEET

## CARLIE C'S SERVICE CENTER

### MAILING ADDRESS:

Carlie C's Service Center
10 Carlie C's Drive
Dunn, NC 28334

### PHONE NUMBER:

910 892 4124



IMAGE:
PorkBurgerCookedHR0402
COPYRIGHT REGISTRATION NUMBER:
VA0002024450



| Beef Boneless London Broil | New York Strip Steak Burger | Family Pack, Bone-In Country Style Pork Ribs | Fully Cooked 1-Lb. Cup Carlie C's All Pork BBQ | Fresh Pork Picnic | 21 To 30-Ct. EZ Peel Shrimp | Fresh Ground Round |
|---|---|---|---|---|---|---|
| 2.88 Lb. | 3.98 Lb. | 1.78 Lb. | 2/$8 | 1.18 Lb. | 6.68 | 3.18 Lb. |

| 8-Oz. Sugardale Pillow-Pack Pepperoni | 14-Oz. Sugardale Beef Franks | 16-Oz. Sliced Pork or 18-Oz. Sweet Baby Ray's Shredded Pork | 51 To 60-Ct. 16-Lb. Nature's Best Seafood Cooked Shrimp | 2-Lb. Nature's Best Seafood Tilapia Fillets | 3-Lb. Pender's Fresh Sausage | 2-Lb. Pender's Smoked Links |
|---|---|---|---|---|---|---|
| 2/$4 | 2/$5 | 4.48 | 6.98 | 5.28 | 8.29 | 4.39 |

| 12-Oz. Selected Patties Or Johnsonville Sausage Links | 16-Oz. Selected, Ground Johnsonville Italian Sausage | 1.19-Lb., Italian Sausage Or Selected Johnsonville Bratwurst | 12-Oz., Reg. Or Thick Bar-S Sliced Bologna | 12-Oz. Bun Length Or Regular Bar-S Meat Franks | 16-Oz. Cooked Bar-S Sliced Ham | 1-Lb., Italian Sausage Or Selected Butterball Fresh Turkey Bratwurst |
|---|---|---|---|---|---|---|
| 2/$6 | 2/$6 | 2/$7 | .98 | .88 | 2/$6 | 2/$7 |

| 12 To 14-Oz., Selected Sausage Or Johnsonville Brats | 24-Oz. Classic Or Three Cheese Johnsonville Meatballs | 15-Oz., Selected Ball Park Franks | 15-Oz. Beef Or 14-Oz. Ball Park Angus Beef Franks | 16.2-Oz., Selected Ball Park Beef Patties | 12-Oz., Selected Ballard's Farms Deli Salads | 20-Oz., Family Pack Ballard's Farm Sausage Links |
|---|---|---|---|---|---|---|
| 2/$6 | 5.99 | 2/$5 | 2/$8 | 6.49 | 2/$5 | 4.99 |

# adlife
MARKETING & COMMUNICATIONS

Adlife Marketing & Communications Co., Inc.
38 Church St • Pawtucket, RI 02860
Phone: (617) 530-0656

---

## INFRINGEMENT DATA SHEET

---

## CARLIE C'S SERVICE CENTER

### MAILING ADDRESS:

Carlie C's Service Center
10 Carlie C's Drive
Dunn, NC 28334

### PHONE NUMBER:

910 892 4124



**IMAGE:**
PorkBurgerCookedHR0402
**COPYRIGHT REGISTRATION NUMBER:**
VA0002024450



| Boneless Beef **Rump Roast** 3.48 Lb. | Boneless Beef **Bottom Round Roast** 3.18 Lb. | Family Pack **Boneless Beef Bottom Round Steaks** 3.38 Lb. | Fresh **Ground Round** 3.48 Lb. | **New York Strip Steak Burger** 3.98 Lb. |
| 12-Oz. **Armour Beef Hot Dogs** 2.79 | 12-Oz. **Armour Meat Hot Dogs** .78 | 16-Oz. Regular, Bun Length Or **Oscar Mayer Jumbo Meat Wieners** 2/$3 | 2.25 To 4.5-Oz., Selected **Oscar Mayer Lunchables** 2/$3 | 8 To 9-Oz., Selected **Oscar Mayer Deli Fresh Lunch Meat** 2/$7 |
| 2.5-Oz. **Armour Sliced Pepperoni** 5/$5 | 5-Oz., Pillow Pack **Armour Pepperoni** 2/$4 | 12-Oz. Beef, 14-Oz. Italan Or Orig. **Armour Meatballs** 2/$5 | 4-Lb. **Armour Meatballs** 9.49 | 11.3 To 12.2-Oz., Selected **Armour Fun Kits Lunch Makers** | 2.5 To 3.3-Oz., Selected **Armour Lunch Makers** 5/$5 |



Adlife Marketing & Communications Co., Inc.
38 Church St • Pawtucket, RI 02860
Phone: (617) 530-0656

# INFRINGEMENT DATA SHEET

## CARLIE C'S SERVICE CENTER

**MAILING ADDRESS:**

Carlie C's Service Center
10 Carlie C's Drive
Dunn, NC 28334

**PHONE NUMBER:**

910 892 4124



**IMAGE:**
PorkChopBroccoli001_ADL
**COPYRIGHT REGISTRATION NUMBER:**
VA0002055108



Contact: licensing@adlifeonline.com    February 15, 2019



Adlife Marketing & Communications Co., Inc.
38 Church St • Pawtucket, RI 02860
Phone: (617) 530-0656

## INFRINGEMENT DATA SHEET

## CARLIE C'S SERVICE CENTER

### MAILING ADDRESS:

Carlie C's Service Center
10 Carlie C's Drive
Dunn, NC 28334

### PHONE NUMBER:

910 892 4124



**IMAGE:**
PorkChopCCBnInGrlMrk007_ADL
**COPYRIGHT REGISTRATION NUMBER:**
VA0002025647





Adlife Marketing & Communications Co., Inc.
38 Church St • Pawtucket, RI 02860
Phone: (617) 530-0656

## INFRINGEMENT DATA SHEET

## CARLIE C'S SERVICE CENTER

### MAILING ADDRESS:

Carlie C's Service Center
10 Carlie C's Drive
Dunn, NC 28334

### PHONE NUMBER:

910 892 4124



**IMAGE:**
PorkChopCCBnInGrlMrk007_ADL
**COPYRIGHT REGISTRATION NUMBER:**
VA0002025647



Contact: licensing@adlife.com    January 19, 2018



Adlife Marketing & Communications Co., Inc.
38 Church St • Pawtucket, RI 02860
Phone: (617) 530-0656

# INFRINGEMENT DATA SHEET

## CARLIE C'S SERVICE CENTER

### MAILING ADDRESS:

Carlie C's Service Center
10 Carlie C's Drive
Dunn, NC 28334

### PHONE NUMBER:

910 892 4124



IMAGE:
PorkChopsBonelessSirloin0306
COPYRIGHT REGISTRATION NUMBER:
VA0002021644



Carlie C's Better Value
**Bone-In Ribeye Roast**
**5.58** Lb.

Carlie C's Angus
**Bone-In Ribeye Roast**
**6.28** Lb.

Beef
**Boneless London Broil**
**2.98** Lb.

**New York Strip Steak Burger**
**3.98** Lb.

Boneless
**Center Cut Pork Chops**
**2.38** Lb.

Boneless
**End Cut Pork Chops**
**2.38** Lb.

Seafood Department
**Tilapia Fillets**
**1.98** Lb.

Fresh, Hot Or Mild
**Carlie C's Sausage Links**
**2.38** Lb.

Hot Or Mild
**Carlie C's Fresh Bulk Sausage**
**2.18** Lb.

Fresh Pork, Family Pack
**Pork Shoulder Blade Steaks**
**1.68** Lb.

Fresh
**Boston Butt Pork Roast**
**1.48** Lb.

Fresh Pork
**Whole Boston Butt**
**1.38** Lb.

16-Oz. Frozen
**Nature's Best Seafood Ocean Perch Fillets**
**3.98**

2-Lb. 26/30-Ct.
**Nature's Best Argentine Red Shrimp**
**11.98**

Unseasoned
**Prairie Fresh Pork Tenderloin**
**3.58** Lb.

Peppercorn Garlic Or Teriyaki
**Prairie Fresh Pork Tenderloin**
**3.98** Lb.

12-Oz.
**Sugardale Hot Dogs**
**.88**

Bone-In
**Sugardale Center Cut Ham Slices**
**2.99** Lb.

8-Oz. Cubed Or
**Sugardale Diced Ham**
**1.69**

12-Oz.
**Armour Meat Hot Dogs**
**.88**

16-Oz. Hot Or Mild
**Carolina Pride Roll Pork Sausage**
**2/$3**

14-Oz. Polska Or
**Carolina Pride Smoked Sausage**
**2/$5**

12-Oz. Low Salt, Thick Or Reg.
**Carolina Pride Sliced Bacon**
**2/$7**

24-Oz. Mild, Red Hot Or Hot And Spicy
**Carolina Pride Box Sausage**
**2/$6**

8 To 10.8-Oz., Selected
**Oscar Mayer Lunchables**
**2/$5**

2-Oz., Selected
**Oscar Mayer P3 Snack Packs**
**2/$3**



Adlife Marketing & Communications Co., Inc.
38 Church St • Pawtucket, RI 02860
Phone: (617) 530-0656

# INFRINGEMENT DATA SHEET

## CARLIE C'S SERVICE CENTER

**MAILING ADDRESS:**

Carlie C's Service Center
10 Carlie C's Drive
Dunn, NC 28334

**PHONE NUMBER:**

910 892 4124



IMAGE:
PorkChopsBonelessSirloin0306
COPYRIGHT REGISTRATION NUMBER:
VA0002021644





Adlife Marketing & Communications Co., Inc.
38 Church St • Pawtucket, RI 02860
Phone: (617) 530-0656

# INFRINGEMENT DATA SHEET

## CARLIE C'S SERVICE CENTER

**MAILING ADDRESS:**

Carlie C's Service Center
10 Carlie C's Drive
Dunn, NC 28334

**PHONE NUMBER:**

910 892 4124



IMAGE:
PorkRibBabyBack006
COPYRIGHT REGISTRATION NUMBER:
VA0002020735



Boneless Beef **Rump Roast** **3.58** Lb.

Boneless Beef **Bottom Round Roast** **3.28** Lb.

Family Pack **Boneless Beef Bottom Round Steaks** **3.48** Lb.

**New York Strip Steak Burger** **3.98** Lb.

Jumbo Pack **Split Fryer Breast** **1.18** Lb.

Family Pack **Fresh Pork Neckbones** **.88** Lb.

2.5-Lb. Boneless, Skinless **Spring River Chicken Breast** **2/$7**

Seafood Department **Catfish Nuggets** **1.68** Lb.

5-Lb. **Nature's Best Whiting Fillets** **11.98**

2-Lb. 41/50 **Nature's Best Cooked Shrimp** **14.68**

Seafood Department **Tilapia Fillets** **1.98** Lb.

In The Meat Department 24-Oz. Frozen **Uncle Bob's Cooked Collards** **3.79**

Fresh Pork **Baby Back Ribs** **3.18** Lb.

Unseasoned **Prairie Fresh Pork Tenderloin** **3.58** Lb.

Peppercorn Garlic Or Teriyaki **Prairie Fresh Pork Tenderloin** **3.98** Lb.

12-Oz. **Sugardale Hot Dogs** **.78**

3-Lb. **Sugardale Sliced Bacon** **10.95**

8 To 9-Oz., Selected **Oscar Mayer Deli Fresh Lunch Meat** **2/$6**

16-Oz., Regular Or Thick **Oscar Mayer Sliced Bacon** **2/$8**

12-Oz. **Frosty Morn Franks** **1.49**

5-Lb. **Georgia Special Smoked Sausage** **8.59**

3-Lb., Rope **Georgia Special Smoked Sausage** **5.49**

16-Oz. Mild Or Baby Link **Sunset Farm Smoked Sausage** **2/$7**

1.25-Lb. Pacific, Wild Caught **Pacific Salmon Fillet Salmon Fillets Side** **5.99**

3.56-Oz. Hardwood **Steve Harvey Easy Bacon** **2/$7**

Selected Strips, Nibblers Or Patties **On•Cor Chicken** **1.98** Lb.

12-Oz. **Frosty Morn Sliced Bologna** **1.49**

16-Oz. **Frosty Morn Red Hots** **2.39**



Adlife Marketing & Communications Co., Inc.
38 Church St • Pawtucket, RI 02860
Phone: (617) 530-0656

# INFRINGEMENT DATA SHEET

## CARLIE C'S SERVICE CENTER

### MAILING ADDRESS:

Carlie C's Service Center
10 Carlie C's Drive
Dunn, NC 28334

### PHONE NUMBER:

910 892 4124



IMAGE:
PorkSausagePatty002_ADL
COPYRIGHT REGISTRATION NUMBER:
VA0002027172



Carlie C's Better Value
**Bone-In Ribeye Roast**
**5.58** Lb.

Carlie C's Angus
**Bone-In Ribeye Roast**
**6.28** Lb.

Beef
**Boneless London Broil**
**2.98** Lb.

**New York Strip Steak Burger**
**3.98** Lb.

Boneless
**Center Cut Pork Chops**
**2.38** Lb.

Boneless
**End Cut Pork Chops**
**2.38** Lb.

Seafood Department
**Tilapia Fillets**
**1.98** Lb.

Fresh, Hot Or Mild
**Carlie C's Sausage Links**
**2.38** Lb.

Hot Or Mild
**Carlie C's Fresh Bulk Sausage**
**2.18** Lb.

Fresh Pork, Family Pack
**Pork Shoulder Blade Steaks**
**1.68** Lb.

Fresh
**Boston Butt Pork Roast**
**1.48** Lb.

Fresh Pork
**Whole Boston Butt**
**1.38** Lb.

16-Oz. Frozen
**Nature's Best Seafood Ocean Perch Fillets**
**3.98**

2-Lb. 26/30-Ct.
**Nature's Best Argentine Red Shrimp**
**11.98**

Unseasoned
**Prairie Fresh Pork Tenderloin**
**3.58** Lb.

Peppercorn Garlic Or Teriyaki
**Prairie Fresh Pork Tenderloin**
**3.98** Lb.

12-Oz.
**Sugardale Hot Dogs**
**.88**

Bone-In
**Sugardale Center Cut Ham Slices**
**2.99** Lb.

8-Oz. Cubed Or
**Sugardale Diced Ham**
**1.69**

12-Oz.
**Armour Meat Hot Dogs**
**.88**

16-Oz. Hot Or Mild
**Carolina Pride Roll Pork Sausage**
**2/$3**

14-Oz. Polska Or
**Carolina Pride Smoked Sausage**
**2/$5**

12-Oz. Low Salt, Thick Or Reg.
**Carolina Pride Sliced Bacon**
**2/$7**

24-Oz. Mild, Red Hot Or Hot And Spicy
**Carolina Pride Box Sausage**
**2/$6**

8 To 10.8-Oz., Selected
**Oscar Mayer Lunchables**
**2/$5**

2-Oz., Selected
**Oscar Mayer P3 Snack Packs**
**2/$3**



Adlife Marketing & Communications Co., Inc.
38 Church St • Pawtucket, RI 02860
Phone: (617) 530-0656

# INFRINGEMENT DATA SHEET

## CARLIE C'S SERVICE CENTER

### MAILING ADDRESS:

Carlie C's Service Center
10 Carlie C's Drive
Dunn, NC 28334

### PHONE NUMBER:

910 892 4124



IMAGE:
PorkSausagePatty002_ADL
COPYRIGHT REGISTRATION NUMBER:
VA0002027172



Adlife Marketing & Communications Co., Inc.
38 Church St • Pawtucket, RI 02860
Phone: (617) 530-0656

# INFRINGEMENT DATA SHEET

## CARLIE C'S SERVICE CENTER

### MAILING ADDRESS:

Carlie C's Service Center
10 Carlie C's Drive
Dunn, NC 28334

### PHONE NUMBER:

910 892 4124



**IMAGE:**
PorkSausagePatty002_ADL
**COPYRIGHT REGISTRATION NUMBER:**
V A 0 0 0 2 0 2 7 1 7 2



| | | | | | | | |
|---|---|---|---|---|---|---|---|
| USDA Inspected **Boneless Beef Rump Roast** **3.28** Lb. | USDA Inspected **Boneless Beef Bottom Round Roast** **2.98** Lb. | Family Pack **Boneless Beef Bottom Round Steaks** **3.18** Lb. | **New York Strip Steak Burger** **3.98** Lb. | Fresh **Boston Butt Pork Roast** **1.28** Lb. | Fresh, Family Pack **Pork Shoulder Blade Steaks** **1.38** Lb. | In the Meat Dept, 24-Oz. **Uncle Bob's Cooked Collards** **3.79** | Fresh, Hot Or Mild **Carlie C's Bulk Pork Sausage** **2.18** Lb. |
| Fresh, Hot Or Mild **Carlie C's Sausage Links** **2.38** Lb. | Seafood Department **Tilapia Fillets** **1.98** Lb. | 27.2-Oz., Selected **Prairie Fresh Pork Filets** **5.98** | 2-Lb. **Nature's Best Salmon Fillets** **7.98** | 1-Lb., 21 To 30-Ct. **Ez-Peel Shrimp** **6.28** | 12-Oz., Reg., Thick Applewood Or Original **Sugardale Sliced Bacon** **2/$7** | 12-Oz. **Sugardale Hot Dogs** **.98** | Bone-In **Sugardale Ham Steak** **2.69** Lb. |
| 16-Oz. Wafer Pack, Cooked Ham Or **Oscar Mayer Oven Roasted Turkey** **3.79** | 2.52-Oz., Ready To Eat **Oscar Mayer Fully Cooked Bacon** **3.99** | 2-Oz., Selected **Oscar Mayer P3 Protein Pack** **3/$5** | 28-Oz., Selected **Oscar Mayer Sub Kits** **5.99** | 16-Oz. Cotto Salami, Reg. Or Thick **Oscar Mayer Meat Bologna** **2/$4** | Reg. Or Jalapeno **Lois' Pimento Cheese** **3.99** | 2-Lb. **Star's Smoked Sausage** **3.99** | 12-Oz. Reg., Low Salt Or Thick **Smithfield Premium Sliced Bacon** **3.79** |
| 16-Oz., Double Thick **Smithfield Bacon** **4.99** | 16-Oz., Hot Or Mild **Jamestown Pork Sausage** **2/$3** | 1-Lb. **Smithfield Premium Roll Pork Sausage** **2/$5** | 12-Oz., Links Or **Smithfield Premium Sausage Patties** **2/$5** | 24-Oz., Patties Or **Smithfield Cooked Sausage Links** **2/$8** | 19-Oz. **Yuengling Bratwursts** **2/$6** | 10-Oz., Selected **Smithfield Premium Lunch Meat** **2/$5** | 9-Oz. Tub, Selected **Smithfield Deli Thin Lunch Meats** **2/$5** |
| 8-Oz., Selected **Smithfield Prime Fresh Lunch Meats** **2.79** | 16-Oz. **Carando Italian Meatballs** | 12-Oz. Reg. Or Bun-Length **Bar-S Franks** **.99** | 12-Oz., Reg. Or Thick **Bar-S Sliced Bologna** **.99** | 5-Lb. **Bar-S Jumbo Franks** **6.99** | 1-Lb., Honey Or **Bar-S 4 x 6 Ham** | 14-Oz. Andouille Or Cajun **Zatarains Smoked Sausage** **2/$6** | 12-Oz., Quaker Maid Heritage **Sliced Ribeyes** **6.95** |

Contact: license@adlife.com
Case 5:19-cv-00405-BO     Document 1-1     Filed 09/16/19     Page 28 of 41
March 08, 2019

# adlife
MARKETING & COMMUNICATIONS

Adlife Marketing & Communications Co., Inc.
38 Church St • Pawtucket, RI 02860
Phone: (617) 530-0656

## INFRINGEMENT DATA SHEET

## CARLIE C'S SERVICE CENTER

### MAILING ADDRESS:

Carlie C's Service Center
10 Carlie C's Drive
Dunn, NC 28334

### PHONE NUMBER:

910 892 4124



IMAGE:
PorkSausagePatty002_ADL
COPYRIGHT REGISTRATION NUMBER:
VA0002027172



Contact: license@adlifeco0405
Case 5:19-cv-00405-BO    Document 1-1    Filed 09/16/19    Page 29 of 41
November 17, 2017



Adlife Marketing & Communications Co., Inc.
38 Church St • Pawtucket, RI 02860
Phone: (617) 530-0656

# INFRINGEMENT DATA SHEET

## CARLIE C'S SERVICE CENTER

### MAILING ADDRESS:

Carlie C's Service Center
10 Carlie C's Drive
Dunn, NC 28334

### PHONE NUMBER:

910 892 4124



IMAGE:
RibeyeRoastCooked0309
COPYRIGHT REGISTRATION NUMBER:
VA0002022966



Carlie C's Better Value
**Bone-In Ribeye Roast**
**5.58** Lb.

Carlie C's Angus
**Bone-In Ribeye Roast**
**6.28** Lb.

Beef
**Boneless London Broil**
**2.98** Lb.

**New York Strip Steak Burger**
**3.98** Lb.

Boneless
**Center Cut Pork Chops**
**2.38** Lb.

Boneless
**End Cut Pork Chops**
**2.38** Lb.

Seafood Department
**Tilapia Fillets**
**1.98** Lb.

Fresh, Hot Or Mild
**Carlie C's Sausage Links**
**2.38** Lb.

Hot Or Mild
**Carlie C's Fresh Bulk Sausage**
**2.18** Lb.

Fresh Pork, Family Pack
**Pork Shoulder Blade Steaks**
**1.68** Lb.

Fresh
**Boston Butt Pork Roast**
**1.48** Lb.

Fresh Pork
**Whole Boston Butt**
**1.38** Lb.

16-Oz. Frozen
**Nature's Best Seafood Ocean Perch Fillets**
**3.98**

2-Lb. 26/30-Ct.
**Nature's Best Argentine Red Shrimp**
**11.98**

Unseasoned
**Prairie Fresh Pork Tenderloin**
**3.58** Lb.

Peppercorn Garlic Or Teriyaki
**Prairie Fresh Pork Tenderloin**
**3.98** Lb.

12-Oz.
**Sugardale Hot Dogs**
**.88**

Bone-In
**Sugardale Center Cut Ham Slices**
**2.99** Lb.

8-Oz. Cubed Or
**Sugardale Diced Ham**
**1.69**

12-Oz.
**Armour Meat Hot Dogs**
**.88**

16-Oz. Hot Or Mild
**Carolina Pride Roll Pork Sausage**
**2/$3**

14-Oz. Polska Or
**Carolina Pride Smoked Sausage**
**2/$5**

12-Oz. Low Salt, Thick Or Reg.
**Carolina Pride Sliced Bacon**
**2/$7**

24-Oz. Mild, Red Hot Or Hot And Spicy
**Carolina Pride Box Sausage**
**2/$6**

8 To 10.8-Oz., Selected
**Oscar Mayer Lunchables**
**2/$5**

2-Oz., Selected
**Oscar Mayer P3 Snack Packs**
**2/$3**

Contact: licensing@adlifeonline.com

January 26, 2018

Case 5:19-cv-00405-BO    Document 1-1    Filed 09/16/19    Page 30 of 41



Adlife Marketing & Communications Co., Inc.
38 Church St • Pawtucket, RI 02860
Phone: (617) 530-0656

# INFRINGEMENT DATA SHEET

## CARLIE C'S SERVICE CENTER

### MAILING ADDRESS:

Carlie C's Service Center
10 Carlie C's Drive
Dunn, NC 28334

### PHONE NUMBER:

910 892 4124



IMAGE:
StuffedClams002_ADL
COPYRIGHT REGISTRATION NUMBER:
VA0002045003



Contact: licensing@adlife.com
Case 5:19-cv-00405-BO    Document 1-1    Filed 09/16/19    Page 31 of 41
January 26, 2018

Adlife Marketing & Communications Co., Inc.
38 Church St • Pawtucket, RI 02860
Phone: (617) 530-0656

## INFRINGEMENT DATA SHEET

# CARLIE C'S SERVICE CENTER

## MAILING ADDRESS:

Carlie C's Service Center
10 Carlie C's Drive
Dunn, NC 28334

## PHONE NUMBER:

910 892 4124



**IMAGE:**
StuffedClams002_ADL
**COPYRIGHT REGISTRATION NUMBER:**
VA0002045003



# adlife

MARKETING & COMMUNICATIONS

Adlife Marketing & Communications Co., Inc.
38 Church St • Pawtucket, RI 02860
Phone: (617) 530-0656

---

# INFRINGEMENT DATA SHEET

## CARLIE C'S SERVICE CENTER

### MAILING ADDRESS:

Carlie C's Service Center
10 Carlie C's Drive
Dunn, NC 28334

### PHONE NUMBER:

910 892 4124



IMAGE:
StuffedClamsHR0309
COPYRIGHT REGISTRATION NUMBER:
VA0002023644





Adlife Marketing & Communications Co., Inc.
38 Church St • Pawtucket, RI 02860
Phone: (617) 530-0656

## INFRINGEMENT DATA SHEET

## CARLIE C'S SERVICE CENTER

### MAILING ADDRESS:

Carlie C's Service Center
10 Carlie C's Drive
Dunn, NC 28334

### PHONE NUMBER:

910 892 4124



IMAGE:
StuffedClamsHR0309
COPYRIGHT REGISTRATION NUMBER:
VA0002023644



# adlife
**MARKETING & COMMUNICATIONS**

Adlife Marketing & Communications Co., Inc.
38 Church St • Pawtucket, RI 02860
Phone: (617) 530-0656

---

# INFRINGEMENT DATA SHEET

---

## CARLIE C'S SERVICE CENTER

### MAILING ADDRESS:

Carlie C's Service Center
10 Carlie C's Drive
Dunn, NC 28334

### PHONE NUMBER:

910 892 4124



**IMAGE:**
StuffedClamsHR0309
**COPYRIGHT REGISTRATION NUMBER:**
VA0002023644



| 7-Oz. Selected Turkey Or<br>**Eckrich<br>Honey Ham**<br>2/$5 | 8-Oz. Selected<br>**Eckrich Ham<br>Or Turkey**<br>2/$5 | 10-Oz. Beef Or 14-Oz. Meat<br>**Eckrich Lil<br>Smokies**<br>2/$5 | 14-Oz. Cheddar Jalapeno Cheddar Or<br>**Eckrich<br>Smoked Sausage Link**<br>2/$4 | 42-Oz. Polish Or<br>**Eckrich<br>Smoked Sausage**<br>6.99 | 12-Oz. Cotto Salami, 14-Oz.<br>Selected Bologna Or<br>**Eckrich Jumbo<br>Hot Dogs**<br>5/$5 | 14-Oz. Jumbo Or Bun Size<br>**Nathan's<br>Beef Franks**<br>2/$6 | 8 To 10.8-Oz. Selected<br>**Oscar Mayer<br>Lunchables**<br>2/$5 |
|---|---|---|---|---|---|---|---|
| 14-Oz. Selected Polish, Turkey Or<br>**Eckrich<br>Smoked Sausage**<br>2/$4 | 12-Oz. Selected<br>**Gwaltney<br>Sliced Bacon**<br>2/$6 | 12-Oz.<br>**Gwaltney<br>Meat Franks**<br>1.09 | 16-Oz. Selected, Bologna Or<br>**Gwaltney<br>Great Dogs**<br>2/$3 | 9-Oz. Poke Pimento, Spiced Luncheon Or<br>**Gwaltney<br>Bologna**<br>.89 | 1-Lb. Selected<br>**Porky's Sausage<br>Or Brats**<br>2.78 | **Hebrew National<br>Franks In A Blanket**<br>12.99 | 9-Oz. Selected Deli Shaved<br>**Land O' Frost<br>Lunch Meat**<br>2/$4 |
| 12-Oz. Reg. Or Thick<br>**Bar S<br>Sliced Bologna**<br>.98 | 12-Oz. Bun Length Or Regular<br>**Bar-S Meat<br>Franks**<br>.88 | 16-Oz., Cooked<br>**Bar-S<br>Sliced Ham**<br>2/$6 | 2-Lb. Frozen<br>**Flanders<br>Beef Patties**<br>3.99 | 4-Lb. Onion Or Reg.<br>**Flanders<br>Beef Patties**<br>6.49 | 7-Oz.<br>**Land O' Frost<br>Canadian Bacon**<br>2/$5 | 6-Oz. Selected<br>**Land O' Frost<br>Lunchmeat**<br>2/$5 | 2-Oz. Selected Ham Or Turkey<br>**Land O' Frost<br>Lunch Meat**<br>2/$1 |
| 42-Oz. Frozen, Deluxe Or<br>Pepperoni<br>**Mama Rosa's<br>Twin Pack Pizzas**<br>5.99 | 3-Lb., Frozen<br>**Rudy's Farm Mild<br>Sausage Patties**<br>7.49 | 20-Count<br>**Rudy's Farm<br>Sausage Biscuits**<br>5.99 | 13 To 14-Oz., Selected<br>**Hillshire Farms<br>Kielbasa Or Sausage**<br>2/$6 | 12-Oz. Smoked Or Kielbasa<br>**Hillshire Farm<br>Beef Sausage**<br>2/$7 | 7 To 9-Oz., Selected<br>**Hillshire Farm<br>Deli Thin Meats**<br>2/$7 | 16-Oz. Mild Roll<br>**Purnell's<br>Sausage**<br>3.29 | 8-Oz.<br>**Purnell's Country<br>Sausage Gravy**<br>1.49 |
| 17-Oz. 4-Ct. Frozen, Combo<br>Or Pepperoni<br>**Mama Rose Mini<br>Kid's Pizza**<br>2.99 | 9-Oz. Patties Or 10-Oz.<br>**Wampler's Farms<br>Sausage Links**<br>2/$5 | 2-Lb., Reg. Or Hot<br>**Arnold's Meats Beef<br>Smoked Sausage**<br>2/$10 | 20-Oz. Clams Or 18-Oz.<br>**Captain B's<br>Stuffed Scallops**<br>5/19.95 | 7-Oz. Chicken Salad Or<br>**Grace's<br>Pimento Spread**<br>4/$5 | 6 Twin Pack<br>**Purnell's Country<br>Sausage Biscuits**<br>4.99 | 20-Count<br>**Purnell Country<br>Sausage Biscuits**<br>6.99 | 38-Oz.<br>**Purnell's Country<br>Sausage Patties**<br>5.49 |

Contact: licensing@adlife.com
Case 5:19-cv-00405-BO     Document 1-1     Filed 09/16/19     Page 35 of 41
November 10, 2017



Adlife Marketing & Communications Co., Inc.
38 Church St • Pawtucket, RI 02860
Phone: (617) 530-0656

## INFRINGEMENT DATA SHEET

# CARLIE C'S SERVICE CENTER

## MAILING ADDRESS:

Carlie C's Service Center
10 Carlie C's Drive
Dunn, NC 28334

## PHONE NUMBER:

910 892 4124



IMAGE:
TBoneSteakHR0307
COPYRIGHT REGISTRATION NUMBER:
VA0002023644





Adlife Marketing & Communications Co., Inc.
38 Church St • Pawtucket, RI 02860
Phone: (617) 530-0656

# INFRINGEMENT DATA SHEET

## CARLIE C'S SERVICE CENTER

### MAILING ADDRESS:

Carlie C's Service Center
10 Carlie C's Drive
Dunn, NC 28334

### PHONE NUMBER:

910 892 4124



IMAGE:
TilapiaCooked001_ADL
COPYRIGHT REGISTRATION NUMBER:
VA0002045003



Carlie C's Better Value
**Bone-In Ribeye Roast**
5.58 Lb.

Carlie C's Angus
**Bone-In Ribeye Roast**
6.28 Lb.

Beef
**Boneless London Broil**
2.98 Lb.

**New York Strip Steak Burger**
3.98 Lb.

Boneless
**Center Cut Pork Chops**
2.38 Lb.

Boneless
**End Cut Pork Chops**
2.38 Lb.

Seafood Department
**Tilapia Fillets**
1.98 Lb.

Fresh, Hot Or Mild
**Carlie C's Sausage Links**
2.38 Lb.

Hot Or Mild
**Carlie C's Fresh Bulk Sausage**
2.18 Lb.

Fresh Pork, Family Pack
**Pork Shoulder Blade Steaks**
1.68 Lb.

Fresh
**Boston Butt Pork Roast**
1.48 Lb.

Fresh Pork
**Whole Boston Butt**
1.38 Lb.

16-Oz. Frozen
**Nature's Best Seafood Ocean Perch Fillets**
3.98

2-Lb. 26/30-Ct.
**Nature's Best Argentine Red Shrimp**
11.98

Unseasoned
**Prairie Fresh Pork Tenderloin**
3.58 Lb.

Peppercorn Garlic Or Teriyaki
**Prairie Fresh Pork Tenderloin**
3.98 Lb.

12-Oz.
**Sugardale Hot Dogs**
.88

Bone-In
**Sugardale Center Cut Ham Slices**
2.99 Lb.

8-Oz. Cubed Or
**Sugardale Diced Ham**
1.69

12-Oz.
**Armour Meat Hot Dogs**
.88

16-Oz. Hot Or Mild
**Carolina Pride Roll Pork Sausage**
2/$3

14-Oz. Polska Or
**Carolina Pride Smoked Sausage**
2/$5

12-Oz. Low Salt, Thick Or Reg.
**Carolina Pride Sliced Bacon**
2/$7

24-Oz. Mild, Red Hot Or Hot And Spicy
**Carolina Pride Box Sausage**
2/$6

8 To 10.8-Oz., Selected
**Oscar Mayer Lunchables**
2/$5

2-Oz., Selected
**Oscar Mayer P3 Snack Packs**
2/$3




# INFRINGEMENT DATA SHEET

## CARLIE C'S SERVICE CENTER

### MAILING ADDRESS:

Carlie C's Service Center
10 Carlie C's Drive
Dunn, NC 28334

### PHONE NUMBER:

910 892 4124



IMAGE:
TilapiaCooked001_ADL
COPYRIGHT REGISTRATION NUMBER:
V A 0 0 0 2 0 4 5 0 0 3



Contact: license@adlifemarketing.com
Case 5:19-cv-00405-BO    Document 1-1    Filed 09/16/19    Page 38 of 41
February 15, 2019



Adlife Marketing & Communications Co., Inc.
38 Church St • Pawtucket, RI 02860
Phone: (617) 530-0656

# INFRINGEMENT DATA SHEET

## CARLIE C'S SERVICE CENTER

### MAILING ADDRESS:

Carlie C's Service Center
10 Carlie C's Drive
Dunn, NC 28334

### PHONE NUMBER:

910 892 4124



IMAGE:
TilapiaCooked001_ADL
COPYRIGHT REGISTRATION NUMBER:
VA0002045003



Contact: license@adlife.com                                  February 22, 2019



Adlife Marketing & Communications Co., Inc.
38 Church St • Pawtucket, RI 02860
Phone: (617) 530-0656

---

# INFRINGEMENT DATA SHEET

---

## CARLIE C'S SERVICE CENTER

### MAILING ADDRESS:

Carlie C's Service Center
10 Carlie C's Drive
Dunn, NC 28334

### PHONE NUMBER:

910 892 4124



IMAGE:
TilapiaCooked001_ADL
COPYRIGHT REGISTRATION NUMBER:
VA0002045003



| | | | | | | | |
|---|---|---|---|---|---|---|---|
| USDA Inspected **Boneless Beef Rump Roast** **3.28** Lb. | USDA Inspected **Boneless Beef Bottom Round Roast** **2.98** Lb. | Family Pack **Boneless Beef Bottom Round Steaks** **3.18** Lb. | **New York Strip Steak Burger** **3.98** Lb. | Fresh **Boston Butt Pork Roast** **1.28** Lb. | Fresh, Family Pack **Pork Shoulder Blade Steaks** **1.38** Lb. | In the Meat Dept, 24-Oz. **Uncle Bob's Cooked Collards** **3.79** | Fresh, Hot Or Mild **Carlie C's Bulk Pork Sausage** **2.18** Lb. |
| Fresh, Hot Or Mild **Carlie C's Sausage Links** **2.38** Lb. | Seafood Department **Tilapia Fillets** **1.98** Lb. | 27.2-Oz., Selected **Prairie Fresh Pork Filets** **5.98** | 2-Lb. **Nature's Best Salmon Fillets** **7.98** | 1-Lb., 21 To 30-Ct. **Ez-Peel Shrimp** **6.28** | 12-Oz., Reg., Thick Applewood Or Original **Sugardale Sliced Bacon** **2/$7** | 12-Oz. **Sugardale Hot Dogs** **.98** | Bone-In **Sugardale Ham Steak** **2.69** Lb. |
| 16-Oz. Wafer Pack, Cooked Ham Or **Oscar Mayer Oven Roasted Turkey** **3.79** | 2.52-Oz., Ready To Eat **Oscar Mayer Fully Cooked Bacon** **3.99** | 2-Oz., Selected **Oscar Mayer P3 Protein Pack** **3/$5** | 28-Oz., Selected **Oscar Mayer Sub Kits** **5.99** | 16-Oz. Cotto Salami, Reg. Or Thick **Oscar Mayer Meat Bologna** **2/$4** | Reg. Or Jalapeno **Lois' Pimento Cheese** **3.99** | 2-Lb. **Star's Smoked Sausage** **3.99** | 12-Oz. Reg., Low Salt Or Thick **Smithfield Premium Sliced Bacon** **3.79** |
| 16-Oz., Double Thick **Smithfield Bacon** **4.99** | 16-Oz., Hot Or Mild **Jamestown Pork Sausage** **2/$3** | 1-Lb. **Smithfield Premium Roll Pork Sausage** **2/$5** | 12-Oz., Links Or **Smithfield Premium Sausage Patties** **2/$5** | 24-Oz., Patties Or **Smithfield Cooked Sausage Links** **2/$8** | 19-Oz. **Yuengling Bratwursts** **2/$6** | 10-Oz., Selected **Smithfield Premium Lunch Meat** **2/$5** | 9-Oz. Tub, Selected **Smithfield Deli Thin Lunch Meats** **2/$5** |
| 8-Oz., Selected **Smithfield Prime Fresh Lunch Meats** **2.79** | 16-Oz. **Carando Italian Meatballs** | 12-Oz. Reg. Or Bun-Length **Bar-S Franks** **.99** | 12-Oz., Reg. Or Thick **Bar-S Sliced Bologna** | 5-Lb. **Bar-S Jumbo Franks** **6.99** | 1-Lb., Honey Or **Bar-S 4 x 6 Ham** **2.69** | 14-Oz. Andouille Or Cajun **Zatarains Smoked Sausage** **2/$6** | 12-Oz., Quaker Maid Heritage **Sliced Ribeyes** **6.95** |

Case 5:19-cv-00405-BO    Document 1-1    Filed 09/16/19    Page 40 of 41

March 08, 2019



Adlife Marketing & Communications Co., Inc.
38 Church St • Pawtucket, RI 02860
Phone: (617) 530-0656

# INFRINGEMENT DATA SHEET

## CARLIE C'S SERVICE CENTER

### MAILING ADDRESS:

Carlie C's Service Center
10 Carlie C's Drive
Dunn, NC 28334

### PHONE NUMBER:

910 892 4124



IMAGE:
TilapiaCooked001_ADL
COPYRIGHT REGISTRATION NUMBER:
VA0002045003

