UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| ADLIFE MARKETING & COMMUNICATIONS COMPANY, INC.<br><br>Plaintiff,<br><br>v.<br><br>CARLIE C'S OPERATION CENTER, INC.<br><br>Defendant. | **NOTICE OF SETTLEMENT AND DISMISSAL OF CIVIL ACTION WITH PREJUDICE (FRCP 41(a)(1)(A)(ii))**<br><br>Case No.: 5:19-cv-405-BO |

IT IS HEREBY NOTICED that a settlement has been reach and that this action should be voluntarily dismissed with prejudice.

/s/Richard Liebowitz
Richard Liebowitz
Liebowitz Law Firm, PLLC
11 Sunrise Plaza, Suite 301
Valley Stream, NY 11580
Tel: (516) 233-1660
RL@LiebowitzLawFirm.com

Dated: October 26, 2019

*Attorneys for Plaintiff*